IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Hale, Terrence | Case Number: 07 B 21368 |
| | Judge: Squires, John H |
| Printed: 5/20/08 | Filed: 11/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 19, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 630.00 | |
| Secured: | | 38.49 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 2.20 |
| Other Funds: | | 589.31 |
| Totals: | 630.00 | 630.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | City Of Chicago | Secured | 770.00 | 38.49 |
| 2. | Wilshire Credit Corp | Secured | 30,000.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 620.45 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 22.75 | 0.00 |
| 5. | Illinois Dept of Revenue | Unsecured | 9.13 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 21.53 | 0.00 |
| 7. | B-Real LLC | Unsecured | 37.80 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 166.99 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 125.86 | 0.00 |
| 10. | Collection Company Of America | Unsecured | | No Claim Filed |
| 11. | Aspire Visa | Unsecured | | No Claim Filed |
| 12. | Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 14. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 15. | Credit Solutions Corporation | Unsecured | | No Claim Filed |
| 16. | Credit Management Co. | Unsecured | | No Claim Filed |
| 17. | GEMB | Unsecured | | No Claim Filed |
| | | | $ 31,774.51 | $ 38.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 2.20 |
| | $ 2.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Hale, Terrence

Printed: 5/20/08

Case Number:  07 B 21368
Judge:  Squires, John H
Filed:  11/14/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

